

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

MEMORANDUM ORDER

Appellate case name:     In the matter of T. S.

Appellate case number: 01-17-00825-CV

Trial court case number:     JV21772

Trial court:                         County Court at Law No. 2 & Probate Court of Brazoria County

This is an accelerated appeal from a juvenile certification judgment.  On January 4, 2018, Appellant was granted a one-time 21-day extension to file his brief.  Appellant timely filed his brief on January 24, 2018.

On February 13, 2018—the day the State's brief was due—State's counsel filed a first motion for extension of time to file its brief.  In the motion, the State avers: "Length of time requested for extension: 30 days until March 11, 2018"; however, it is noted that an extension until March 11, which is a Sunday, would be a 26-day extension, not a 30-day extension.

Appeals in juvenile certification cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed, so far as reasonably possible.  *See* Order Accelerating Juvenile Certification Appeals and Requiring Juvenile Courts to Give Notice of the Right to an Immediate appeal, Misc. Docket No. 15-9156 (Tex. Aug. 28, 2015).  The notice of appeal in this case was filed on October 27, 2017, from the juvenile certification judgment signed on September 26, 2017, setting the 180-day compliance deadline for April 25, 2018.  *See id*. at 3(a).

This appeal is currently set for submission on March 21, 2018.

Although this is the State's first extension request, the accelerated schedule in juvenile certification cases requires greater compliance with briefing deadlines and greater scrutiny of extensions.  State's counsel contends that an extension is needed because, among other reasons, he is busy preparing briefs in two criminal appeals.  Counsel has

not listed whether he has already requested extensions in these cases.  *See* TEX. R. APP. P. 10.5(b)(1)(C), 38.6(d).

Accordingly, the State's motion for an extension of time to file its brief is GRANTED, in part, until **March 6, 2018**, but no further extensions will be granted.  *See* TEX. R. APP. P. 38.6(d).

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
                    Acting individually

Date:  February 15, 2018